**No. 59207.**—Antolini & Co. et al. *v.* United States, protests 247421–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

JUNE 27, 1955

**No. 59208.**—Kittay & Blitz, Inc. *v.* United States, protest 212913–K.— Plaintiff's application for rehearing denied.

JUNE 30, 1955

**No. 59209.**—Asam Manufacturing Co. *v.* United States, protests 234125–K, etc.— Plaintiff's application for rehearing granted.

**No. 59210.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 230067–K.— Plaintiff's application for rehearing granted.

JUNE 30, 1955

**No. 59211.**—SUIT 4823.—United States *v.* R. J. Saunders & Co., Inc.— —C. D. 1610 reversed and remanded February 8, 1955. C. A. D. 584.